NAME, ADDRESS & TELEPHONE NUMBER OF ATTORNEY(S) FOR, OR, PLAINTIFF OR DEFENDANT IF PLAINTIFF OR DEFENDANT IS PRO PER

Patrick F. Bright (SBN 68709)
WAGNER, ANDERSON & BRIGHT, PC
3541 Ocean View Blvd.
Glendale, CA 91208
Tel (818) 249-9300; Fax (818) 249-9335
E-mail: pbright@patentattroney.us

ATTORNEYS FOR: Plaintiff Darrell Greenland

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

DARRELL GREENLAND, an individual

Plaintiff(s),

v.

HARBOR FREIGHT TOOLS USA, INC., a Delaware Corporation

Defendant(s)

CASE NUMBER: 2:14-CV-05867

**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**
(Local Rule 7.1-1)

TO:   THE COURT AND ALL PARTIES APPEARING OF RECORD:

The undersigned, counsel of record for DARRELL GREENLAND (or party appearing in pro per), certifies that the following listed party (or parties) may have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal. (Use additional sheet if necessary.)

| PARTY | CONNECTION |
|---|---|
| (List the names of all such parties and identify their connection and interest.) | |
| DARRELL GREENLAND, an individual | Plaintiff |

7/28/2014
Date

_[signature]_
Sign

Patrick F. Bright
Attorney of record for or party appearing in pro per

CV-30 (04/10)          NOTICE OF INTERESTED PARTIES