JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DARRELL GREENLAND, <br><br> Plaintiff, <br><br> vs. <br><br> HARBOR FREIGHT TOOLS USA, INC. <br><br> Defendant. <br><br> AND RELATED COUNTERCLAIMS | Case No. 2:14-cv-5867-RGK (Ex) <br><br> [~~PROPOSED~~] JUDGMENT <br><br> Place: Court of District Judge Klausner |

-1-   **[PROPOSED] JUDGMENT**

The Court, having read and considered defendant Harbor Freight Tools USA, Inc.'s Memorandum of Points and Authorities in Support of its Motion for Summary Judgment of Non-Infringement and Invalidity; the Statement of Uncontroverted Facts; Declaration of Jason Sprong; and Declaration of Aasheesh Shravah; the Court HEREBY ENTERS JUDGMENT as follows:

1. Harbor Freight Item No. 69275 titled "10 inch, 2.5 horsepower, tile/brick saw" does not infringe claims 18-19 of U.S. Patent No. 6,080,041 or claims 9-11 of U.S. Patent No. 6,276,990.

IT IS SO ORDERED.

DATE: May 26, 2015

*[signature: Gary Klausner]*

R. Gary Klausner, District Judge